IN THE UNITED STATES DISTRCT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | |
|---|---|
| **NORMA R. VALDEZ** § § | |
| **V.** § § | CIVIL ACTION NO. 7:15-CV-00306 |
| **JOHN SCOTT CHORBA and** § § **C.R. ENGLAND, INC.** § | |

## DEFENDANTS, JOHN SCOTT CHORBA and C.R. ENGLAND, INC.'S NOTICE OF REMOVAL

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS:

Pursuant to 28 U.S.C. §§ 1332 and 1441(a), Defendants, **JOHN SCOTT CHORBA and C.R. ENGLAND, INC**, hereby removes this action to the United States District Court for the Southern District of Texas from the 229th Judicial District Court of Starr County, Texas, stating as follows:

1. Plaintiff, Norma R. Valdez, commended this action in the 229th Judicial District Court of Starr County, Texas, where it was given Cause No. DC-15-326. This action is between citizens of different states. Plaintiff is a resident of Texas. Defendant C.R. England is a Utah Corporation and John Scott Chorba is a resident of Indiana. Further, Plaintiff claims damages for serious personal injury and is seeking damages of $1,000,000. Accordingly, this Court has original jurisdiction under 28 U.S.C. § 1332.

2. Defendant, John Scott Chorba received the summons and complaint on June 8, 2015, so this removal is timely under 28 U.S.C. § 1446(b).

3. A copy of all process, pleadings, and orders served upon Defendant is attached as Exhibit A.

4. Defendant has provided written notice of this Notice of Removal to all adverse parties and has filed a copy with the Clerk of the 229th Judicial District Court of Starr County, Texas.

5. Defendants C.R. England and John Scott Chorba consents to the removal.

Dated: July 8, 2015

Respectfully submitted,

_____
LARRY D. WARREN
State Bar No. 20888450
**ATTORNEYS FOR DEFENDANTS**

OF COUNSEL:

NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com

## CERTIFICATE OF SERVICE

I hereby certify that on the **8th** day of **July 2015**, the foregoing was filed with the Clerk of Court using the CM/ECF system, and was served on counsel:

**E-Filing Notification System:**
Jeffrey M. Stern
SBN: 19175660
THE STERN LAW GROUP
4909 Bissonnet St. Suite 100
Bellaire, Texas 77401
Telephone: (713) 661-9900
Facsimile: (713) 666-5922
jstern@stern-lawgroup.com
**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN

{03459733.DOC / }
97342-2

2