United States District Court
Southern District of Texas
**ENTERED**
May 04, 2016
David J. Bradley, Clerk

IN THE UNITED STATES COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
McALLEN DIVISION

| | | |
|---|---|---|
| NORMA R. VALDEZ | § | |
| | § | |
| V. | § | CIVIL NO. 7:15-CV-00306 |
| | § | |
| JOHN SCOTT CHORBA and | § | |
| C.R. ENGLAND | § | |

### AGREED ORDER OF DISMISSAL AS TO CLAIMS OF NORMA R. VALDEZ

On this 4th day of May, 2016, came on to be considered the Motion of Plaintiff, **NORMA R. VALDEZ**, to Dismiss With Prejudice his claims as to C.R. ENGLAND and JOHN SCOTT CHORBA. The Plaintiff through their attorneys of record by the filing of a Motion to Dismiss, announced to the Court that all matters in controversy between Plaintiff, **NORMA R. VALDEZ**, and Defendants, **C.R. ENGLAND and JOHN SCOTT CHORBA,** had been compromised and settled, and that Plaintiff, **NORMA R. VALDEZ**, no longer desired to prosecute his causes of action against Defendants, **C.R. ENGLAND and JOHN SCOTT CHORBA.** It appearing to the Court that said Unopposed Motion should be granted,

IT IS, THEREFORE, ORDERED that all claims of Plaintiff, **NORMA R. VALDEZ**, against Defendants, **C.R. ENGLAND and JOHN SCOTT CHORBA**, are hereby dismissed with prejudice.

IT IS FURTHER ORDERED that all taxable court costs associated with this case shall be paid by the party incurring the costs, except as agreed in any settlement document.

{03799090.DOC / }

It is further **ORDERED, ADJUDGED, and DECREED** that all relief not granted herein is denied.

SIGNED on the 4th day of May, 2016 at McAllen, Texas.

_____
UNITED STATES DISTRICT JUDGE

APPROVED BY:

_____
DAVID M. VALETUTTO
SBN: 00786453
THE STERN LAW GROUP
4909 Bissonnet St. Suite 100
Bellaire, Texas 77401
Telephone: (713) 661-9900
Facsimile: (713) 666-5922
dvaletutto@stern-lawgroup.com
**ATTORNEYS FOR PLAINTIFF**

_____
LARRY D. WARREN
State Bar No. 20888450
NAMAN HOWELL SMITH & LEE, PLLC
10001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: (210) 731-6350
Facsimile: (210) 785-2950
lwarren@namanhowell.com
**ATTORNEYS FOR DEFENDANTS
C.R. ENGLAND and JOHN SCOTT CHORBA**

{03799090.DOC / }

2